# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

ABEL RODRIGUEZ

Defendant.

**CASE NUMBER   2:23-CR-00624-CCC-1**

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, ABEL RODRIGUEZ, was represented by ADALGIZA ALEXANDRA NUNEZ, ESQ.

The defendant pleaded guilty to count(s) 1, 2 & 3 of the INFORMATION on 8/3/2023.   Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
| --- | --- | --- | --- |
| 18:933(a)(1) | TRAFFICKING IN FIREARMS | 6/2022-11/2022 | 1 |
| 18:922(g)(5) | POSSESSION OF A FIREARM BY AN ILLEGAL ALIEN | 10/3/2022 | 2 |
| 8:1326(a) | ILLEGAL REENTRY | 11/21/2022 | 3 |

As pronounced on March 05, 2024, the defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must pay to the United States a special assessment of $300.00 for count(s) 1, 2 & 3, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

Signed this  13  day of March, 2024.

_____
Claire C. Cecchi
U.S. District Judge

07055

Judgment - Page 2 of 2

Defendant: ABEL RODRIGUEZ
Case Number: 2:23-CR-00624-CCC-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 24 months as to Counts 1, 2 & 3, all terms to run concurrently.

The Court makes the following recommendations to the Bureau of Prisons: Designate a facility for service of this sentence as near as possible to the defendant's home address.

The defendant will remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal